EISENLORD, Appellant, *v.* CLUM, Respondent.

*(Supreme Court, General Term, Third Department.* September 14, 1892.)

Action by John P. Eisenlord against David H. Clum.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Motion to set aside default granted upon payment of $30, argument fees, and $10, cost of motion, with printing disbursements. All concur. See 2 N. Y. Supp. 125; 19 N. Y. Supp. 1003.

---

PEOPLE *ex rel.* WOOSTER, Respondent, *v.* MAHER, Mayor, Appellant.

*(Supreme Court, General Term, Third Department.* September 14, 1892.)

Application for *mandamus* by Benjamin W. Wooster against Edward A. Maher, as mayor of Albany.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Motion to correct decision by granting relator costs, granted. See 19 N. Y. Supp. 758.

---

HEWITT *v.* CITY MILLS.

*(Supreme Court, General Term, Third Department.* September 14, 1892.)

Action by Daniel C. Hewitt against the City Mills.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Motion to dismiss appeal denied, with $10 costs.

---

PEOPLE *ex rel.* JOHN A. ROEBLING's SONS Co. *v.* WEMPLE, Comptroller.

*(Supreme Court, General Term, Third Department.* September 14, 1892.)

Action by the People *ex rel.* John A. Roebling's Sons Co. against Edward Wemple, comptroller.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Motion to resettle order granted. See 18 N. Y. Supp. 504.

---

DANSINGER *et al.*, Appellants, *v.* WHITE, Respondent.

*(Supreme Court, General Term, Third Department.* September 14, 1892.)

Action by Robert Dansinger and James H. Vandenburgh against Edward C. White.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

No opinion. Motion for reargument denied, with costs. For decision on appeal, see 19 N. Y. Supp. 897.

---

CLARK, Appellant, *v.* LUDE, Respondent.

*(Supreme Court, General Term, Third Department.* November 22, 1892.)

Action by Eugene S. Clark against Charles W. Lude for the price of goods sold.

For former report, see 18 N. Y. Supp. 271.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

*Thomas F. Wilkinson,* for appellant. *J. W. Ecker,* for respondent.

PUTNAM, J. In this case the respondent did not appear on the argument or present any points. I think the order of the county judge granting a new trial should be reversed, with costs, and that no opinion is required. See *Morss* v. *Sherrill,* 63 Barb. 21; *Cheney* v. *Railroad Co.,* 16 Hun, 415. All concur.

---

FAKE, Respondent, *v.* KELLOGG, Appellant.

*(Supreme Court, General Term, Third Department.* November 22, 1892.)

Action by Augustus M. Fake against Dayton S. Kellogg for breach of covenant.

Argued before MAYHAM, P. J., and PUTNAM and HERRICK, JJ.

*George E. Phillips,* (*A. J. Nellis,* of counsel,) for appellant. *Wendell & Van Deusen,* (*John D. Wendell,* of counsel,) for respondent.

HERRICK, J. I think the judgment should be affirmed. The rule of damages contended for by the appellant I do not think applies to a case like this. This can hardly be said to be a rental value for vacant lots, particularly when situated in a locality